**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-6641**

———————————

GREGORY L. SMITH,

                                  Plaintiff - Appellant,

     versus

VIRGINIA PAROLE BOARD; JAMES L. JENKINS,
Chairman; LINDA R. PITMAN, Vice Chairman;
CHARLES E. JAMES, SR., Virginia Parole Board
Member; KENT A.P. SMITH, Virginia Parole Board
Member; CHARLES L. WEDDELL, Virginia Parole
Board Member,

                                Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Henry C. Morgan, Jr., District
Judge. (CA-01-190-2)

———————————

Submitted: August 9, 2001         Decided: August 15, 2001

———————————

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Gregory L. Smith, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gregory L. Smith appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Smith v. Virginia Parole Bd., No. CA-01-190-2 (E.D. Va. Mar. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2